SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Johnson,<br><br>         Plaintiff,<br><br>   vs.<br><br>Santillan, et al<br><br>         Defendants | Case No. **2:09-cv-02232-KJN**<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL CONFERENCE**<br><br>**AND REQUEST FOR EARLY SETTLEMENT CONFERENCE**<br><br>Pretrial Conference: 9/29/2011<br>Time: 10:00 a.m.<br>Courtroom: 25 |

     Plaintiff: Scott N. Johnson, along with Defendants: James A. Santillan and Maria Elena Santillan, hereby request that this action be set for an early settlement conference. The parties also requests a continuance in which to conduct the pretrial conference currently set for

STIPULATION AND ~~PROPOSED~~ ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL
CONFERENCE AND REQUEST FOR AN EARLY SETTLEMENT CONFERENCE
CIV: S-09-cv-02232-KJN - 1

September 29, 2011, at 10:00 a.m. Both parties hope to settle the case without the need of a Pretrial Conference.

Dated:  September 13, 2011          DISABLED ACCESS PREVENTS
                                    INJURY, INC.


                                    /s/Scott N.Johnson
                                    SCOTT N. JOHNSON,
                                    Attorney for Plaintiff




Dated: September 13, 2011           /s/James A. Santillan
                                    JAMES A. SANTILLAN
                                    Defendant




Dated: September 13, 2011           /s/Maria Elena Santillan
                                    MARIA ELENA SANTILLAN
                                    Defendant


**ORDER**

The parties' joint request to continue the final pretrial conference in this case (Dkt. No. 20), which represents that the parties wish to engage in a settlement conference prior to trial, is GRANTED.  Accordingly, IT IS HEREBY ORDERED that:

1. The final pretrial conference presently scheduled to take place on September 29, 2011, is VACATED.

2. The jury trial presently scheduled to commence on November 7, 2011, is VACATED.

3. If necessary, new dates for the final pretrial conference and trial will be set after the parties' anticipated settlement conference.

4. If the parties prefer to participate in a settlement conference conducted by a judge other than the undersigned magistrate judge, the parties shall file a stipulation *within 14 days of the date of this order* requesting a settlement conference before a judge other than the undersigned.

Alternatively, if the parties prefer to participate in a settlement conference conducted by the undersigned magistrate judge, the parties shall file a stipulation seeking a settlement conference before the undersigned and waiving of the undersigned's disqualification by virtue of acting as the settlement judge. If the parties prefer that the undersigned magistrate judge conduct the settlement conference, they shall, *within 14 days of the date of this order*, contact the undersigned's Courtroom Deputy, Matt

STIPULATION AND ~~PROPOSED~~ ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL CONFERENCE AND REQUEST FOR AN EARLY SETTLEMENT CONFERENCE

CIV: S-09-cv-02232-KJN - 3

Caspar, at (916) 930-4187, in order to schedule the settlement conference.

IT IS SO ORDERED.

DATED:  September 14, 2011

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER REQUESTING FOR CONTINUANCE OF PRETRIAL CONFERENCE AND REQUEST FOR AN EARLY SETTLEMENT CONFERENCE

CIV: S-09-cv-02232-KJN - 4